IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADESTA COMMUNICATIONS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:08cv3046 |
| UTICA MUTUAL INSURANCE COMPANY, a New York corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

Pursuant to NECivR 60.1(e),

**IT IS ORDERED** that the Clerk shall re-docket the plaintiff's Motion for Reconsideration [27] as an appeal to the district judge, pursuant to Nebraska Civil Rule 72.2[1] and 28 U.S.C. § 636(b)(1)(A).

**DATED July 31, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge

---

[1] NECivR 60.1(e) provides: "Magistrate Judges. A magistrate judge shall have the discretion to docket a motion for reconsideration of the magistrate judge's order as an appeal to the district judge, pursuant to Nebraska Civil Rule 72.2 and 28 U.S.C. § 636(b)(1)(A)."